UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Maurice Shaw

                          Plaintiff,

v.                                            Case No.: 1:13−cv−09335
                                           Honorable Sharon Johnson Coleman

Wexford Health Sources, Inc., et al.

                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 14, 2018:

      MINUTE entry before the Honorable Sharon Johnson Coleman: In light of Petitioner's previous successful applications and his continued impoverished status, the motion to proceed in forma pauperis [164] is granted. The motion for for appointment of counsel [163] is denied for lack of jurisdiction. The Seventh Circuit Court of Appeals, and not this court, has jurisdiction of the matter on appeal. Mitchell v. Ghosh, No. 12 C 7094 (App, 2013 U.S. Dist. LEXIS 78831, at *4−5 (N.D. Ill. June 5, 2013) (Leinenweber, J.)(citing 28 U.S.C. § 1291). The second motion for appointment of counsel [174] is stricken as moot. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.